**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re: Charles Russell Blackburn                    Case No. 2:13-BK-20386
                                                    Chapter 7


**MOTION TO TRANSFER DIVISIONAL VENUE**

COMES NOW Debtor Charles Russell Blackburn, by undersigned counsel, and moves this Court to transfer divisional venue in this above-captioned matter from the Charleston division to the Huntington division for the following reasons:

1. The Debtor resides in Wayne County, West Virginia.

2. The Debtor was incorrectly listed as a resident of Logan County, West Virginia, during the electronic filing of Debtor's Petition.

3. Huntington is a closer venue for the Debtor.

4. No creditors will be adversely affected by the change of venue.

**WHEREFORE**, it is respectfully requested that this Court transfer divisional venue from the Charleston to the Huntington division.

Respectfully Submitted,

/s/ Apryll H. Boggs
Apryll H. Boggs, Esquire (WV Bar #8928)
Apryll H. Boggs Law Firm, PLLC
105 Vista Lane
Hurricane, WV 25526
Office: 304.382.7847

Dated: August 5, 2013.